# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ZHIXUAN CHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22CV272 HEA |
| ) | |
| ALEJANDRO MAYORKAS, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss [Doc. No. 2]. For the reasons set forth below, the Defendants' Motion will be granted.

On March 7, 2022, Plaintiff Zhixuan Chen, proceeding *pro se*, filed a Complaint seeking relief under the Administrative Procedure Act, 5 U.S.C. §§ 551 *et seq.*, to compel action on Plaintiff's I-485 Petition to register permanent residence or adjust status, which had been pending before the United States Citizenship and Immigration Services Texas Service Center since October 16, 2020. Plaintiff requested the Court to declare the failure of the United States of Citizenship and Immigration Services to adjudicate Plaintiff's I-485 Petition application ("the application") unlawful and order Defendants to adjudicate the application.

On April 7, 2022, the application was approved.

1

On April 12, 2022, Defendants filed their Motion to Dismiss for lack of subject-matter jurisdiction due to mootness of issues since the relief requested in Plaintiff's Complaint has been obtained by the application approval. Defendants also provided a copy of the application approval with their Motion.

Based on the approval of the application on April 7, 2022, Plaintiff's request to this Court to order Defendants' failure to adjudicate unlawful and to adjudicate the application is indeed moot. Defendants' Motion to Dismiss is well taken.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss [Doc. No. 2] is **GRANTED**.

Dated this 15th day of April, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE